# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN F. MAYE, ) | NO. CV 04-4127 FMO |
| ) Plaintiff, ) | |
| ) v. ) | **JUDGMENT** |
| ) MICHAEL J. ASTRUE, ) COMMISSIONER OF SOCIAL ) SECURITY ADMINISTRATION, ) ) Defendant. ) | |

**IT IS ADJUDGED** that plaintiff's counsel be awarded attorney's fees in the amount of Twenty-Two Thousand dollars and zero cents ($22,000.00), pursuant to 42 U.S.C. § 406(b). In light of the previous payment of EAJA fees, Eliot R. Samulon shall reimburse plaintiff the amount of Six-Thousand, Three-Hundred and eighty-one dollars and fifty-four cents ($6,381.54). Dated this 17th day of May, 2010.

/s/
Fernando M. Olguin
United States Magistrate Judge